# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense)   5:23-po-00241-DTB |
| BOBBY D BICE | CM/ECF Case No. 5:24-cr-00272-DTB |
|  | Case No.   CC15   9653703 |
|  | USM No. |
|  | Mariah Holder, DFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:** BOBBY D BICE

☑ **THE DEFENDANT** pleaded   ☐ guilty   ☐ nolo contendere to count(s)   One (1)

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 43 CFR § 8341.1(d) | Driving a motor vehicle (OHV) while license had | 06/21/2023 | One (1) |
| CVC § 14601.2(a) | been suspended for a conviction for Driving | | |
|  | Under the Influence, Class A misdemeanor | | |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0687

Defendant's Year of Birth: 1993

City and State of Defendant's Residence:
JOHNSON VALLEY, CA

November 8, 2024
Date of Imposition of Judgment

*/s/ David T. Bristow*
Signature of Judge

David T. Bristow, U.S. Magistrate Judge
Name and Title of Judge

November 8, 2024
Date

AO 245I (Rev. 11/16) Judgment in a Criminal Case for a Petty Offense
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: BOBBY D BICE
CASE NUMBER: CC15 9653703 CM/ECF Case No. 5:24-cr-00272-DTB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of : 6 days less 1 day of credit, **for a total of 5 days due to be served in custody.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district: Eastern Division at 3470 Twelfth Street, Riverside, CA
   ☑ at 12:00 ☐ a.m. ☑ p.m. on February 7, 2025 .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL